## Mauch Chunk Trust Company, Appellant, *v.* Roth.

Argued April 16, 1963. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Paul B. Pollock,* with him *Martin H. Philip,* for appellant.

*John P. Thomas,* with him *Walker & Walker,* for appellee.

OPINION PER CURIAM, October 10, 1963:
Judgment affirmed.